UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| BRIAN LEBANION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 6:22-CV-31-REW-HAI |
| v. ) | |
| ) | ORDER |
| HEALTH DIRECTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed a "Stipulation of Dismissal" with prejudice. *See* DE 18. The filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without a court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Accordingly, the Court **DIRECTS** the Clerk to term DE 18 and **STRIKE** this matter from the Court's active docket, as dismissed with prejudice.

This the 30th day of August, 2022.

Signed By:
*Robert E. Wier*
United States District Judge